# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. JORDAN, | : | Civil No. 1:22-CV-00952 |
| Petitioner, | : | |
| v. | : | |
| BOBBIE JO SALAMAN, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of February, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's objections, Doc. 25, are construed as a motion for reconsideration pursuant to Fed. R. Civ. P. 60 and are **DENIED**.

2. The case shall remain **CLOSED**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania